# Group Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARMAINE REED, SOPHIA BAILEY, OSCAR DAVIS, CA SHAE HAYES, GLORIA JACKSON, ERICA MCGRIFF, RHONDA O'CONNOR, PATRICIA PRICE, RONALD SWEATT, on behalf of themselves and all other similarly situated persons, known and unknown, | Case No. 1:16-cv-03377 |
| Plaintiffs, | **Judge Elaine E. Bucklo** |
| v. | Magistrate Judge Sidney I. Schenkier |
| POSITIVE CONNECTIONS, INC. a/k/a STUDENT TRANSPORTATION OF AMERICA a/k/a STA, | |
| Defendant. | |

## DECLARATION OF OSCAR DAVIS

I declare under penalty of perjury that the following statements are true and correct:

1. My name is Oscar Davis, and I am over twenty-one (21) years of age. This declaration is limited to the matters contained herein.

2. I am a current bus driver for Positive Connections, Inc., a/k/a Student Transportation of America, a/k/a STA. ("STA" or "the Defendant"). I have worked as a driver for the Defendant since approximately October of 2004.

3. My primary job duty is to provide services as a bus driver for STA's clients.

4. Throughout my employment with the Defendant, my compensation consisted of an hourly rate.

5. Although I am required to perform pre- and post-route work each day, and although it sometimes takes longer than anticipated for me to complete my routes, the Defendant

does not appear to account for any time in excess of the amount of time it estimated it should have taken me to complete my routes, when providing me with compensation.

6. Throughout my employment, and including all the time I actually worked (and not just the amount of time that STA estimated it should have taken me to complete my route), I routinely spend in excess of forty hours per week working for STA.

7. The Defendant has failed to pay me at an overtime rate for any time that I worked in excess of forty hours per week.

8. I am aware that other drivers for the Defendant were subject to the same compensation policies described herein.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 5/8/16     By: Oscar Davis
                Date                    Oscar Davis

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARMAINE REED, SOPHIA BAILEY, OSCAR DAVIS, CA SHAE HAYES, GLORIA JACKSON, ERICA MCGRIFF, RHONDA O'CONNOR, PATRICIA PRICE, RONALD SWEATT, on behalf of themselves and all other similarly situated persons, known and unknown, | Case No. 1:16-cv-03377 |
| Plaintiffs, | **Judge Elaine E. Bucklo** |
| v. | Magistrate Judge Sidney I. Schenkier |
| POSITIVE CONNECTIONS, INC. a/k/a STUDENT TRANSPORTATION OF AMERICA a/k/a STA, | |
| Defendant. | |

## DECLARATION OF ERICA MCGRIFF

I declare under penalty of perjury that the following statements are true and correct:

1. My name is Erica McGriff, and I am over twenty-one (21) years of age. This declaration is limited to the matters contained herein.

2. I am a former bus driver for Positive Connections, Inc., a/k/a Student Transportation of America, a/k/a STA. ("STA" or "the Defendant"). I worked as a driver for the Defendant from approximately 2007 until approximately February of 2016.

3. My primary job duty was to provide services as a bus driver for STA's clients.

4. Throughout my employment with the Defendant, my compensation consisted of an hourly rate.

5. Although I was required to perform pre- and post-route work each day, and although it sometimes took longer than anticipated for me to complete my routes, the Defendant

did not appear to account for any time in excess of the amount of time it estimated it should have taken me to complete my routes, when providing me with compensation.

6. Throughout my employment, and including all the time I actually worked (and not just the amount of time that STA estimated it should have taken me to complete my route), I routinely spent in excess of forty hours per week working for STA.

7. The Defendant failed to pay me at an overtime rate for any time that I worked in excess of forty hours per week.

8. I am aware that other drivers for the Defendant were subject to the same compensation policies described herein.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 05·30·2016     By: _____
                Date                              Erica McGriff

2

# Group Exhibit B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARMAINE REED, SOPHIA BAILEY, OSCAR DAVIS, CA SHAE HAYES, GLORIA JACKSON, ERICA MCGRIFF, RHONDA O'CONNOR, PATRICIA PRICE, RONALD SWEATT, on behalf of themselves and all other similarly situated persons, known and unknown, | Case No. 1:16-cv-03377 |
| Plaintiffs, | **Judge Elaine E. Bucklo** |
| v. | Magistrate Judge Sidney I. Schenkier |
| POSITIVE CONNECTIONS, INC. a/k/a STUDENT TRANSPORTATION OF AMERICA a/k/a STA, | |
| Defendant. | |

## NOTICE OF PENDENCY OF LAWSUIT

TO: ALL PRESENT AND FORMER BUS DRIVERS FOR POSITIVE CONNECTIONS, INC., A/K/A STUDENT TRANSPORTATION OF AMERICA, A/K/A STA ("STA"), WHO HAVE WORKED FOR THE DEFENDANT FROM MAY 6, 2013 TO THE PRESENT.

RE: FAIR LABOR STANDARDS ACT – UNPAID WAGES, INCLUDING OVERTIME WAGES, AGAINST STA.

### INTRODUCTION

The purpose of this Notice is to inform you of a collective action lawsuit in which you are potentially "similarly situated" to the named Plaintiffs, to advise you of how your rights might be affected by this action, and to instruct you on the procedures to make a claim if you choose to do so.

### DESCRIPTION OF THE ACTION

On March 17, 2016, a Complaint was filed against STA. The lawsuit includes claims by the named Plaintiffs on behalf of all other similarly situated individuals who performed work for Defendant as a bus driver during the past three years (collectively referred to as the "potentially similarly situated group").

Plaintiffs allege that they were employees entitled to the rights and protections provided for by the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.  Specifically, the Plaintiffs allege that they performed work before departing on their assigned routes, and after returning from their assigned routes, which was uncompensated and unaccounted for by the Defendant.  Further, Plaintiffs allege that when they had to spend longer than expected on their driving routes, the Defendant did not provide compensation for that additional time.  Instead, Defendant paid them only for the amount of time that they were estimated to need in order to finish their routes each week.  Plaintiffs allege that when they worked in excess of forty hours per week, the Defendant failed to provide them with compensation at a rate of one and one-half their regular rates of pay (the "overtime" rate).

### COMPOSITION OF THE POTENTIALLY SIMILARLY SITUATED GROUP

The named Plaintiffs worked as bus drivers during their time with the Defendant.  The named Plaintiffs seek to sue on behalf of themselves and other individuals with whom they are similarly situated.  Specifically, they seek to sue on behalf of any and all individuals who meet the following requirements:

(a) **Performed work as a bus driver for STA at any point from May 6, 2013 to the present; and**

(b) **Including all hours actually worked per week (and not just those "counted" by the Defendant), were not paid at an overtime rate for hours worked in excess of forty hours per week.**

### YOUR RIGHT TO PARTICIPATE IN THIS ACTION

If you fit the description above, you may choose to join this action by mailing, faxing, or emailing the attached Consent Form to Plaintiff's Counsel for filing with the Court:

**Caffarelli & Associates, Ltd.**
**Attn: Alejandro Caffarelli**
**224 S. Michigan Ave, Ste. 300**
**Chicago, IL  60604**
**Telephone (312) 763-6880**
**Facsimile (312) 577-0720**
**Email: acaffarelli@caffarelli.com**

The Consent Form must be **received** by Plaintiff's Counsel on or before **[date 45 days from notice]** for you to participate in this case.

### EFFECT OF JOINING OR NOT JOINING THIS ACTION

If you join this action, you and Defendant will be bound by any ruling, judgment, award, or settlement, whether favorable or unfavorable.  If you do not join this action, you will not be bound by any ruling, judgment, award, or settlement in this case, favorable or unfavorable.  If you choose not to join this action, you are free to take action on your own or to do nothing at all.

2

If you join this suit, you may be required to provide information or to otherwise participate in it. If you file a Consent Form, your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiffs are "similarly situated" in accord with applicable law, and it is appropriate for the case to proceed as a collective action.

## STATUTE OF LIMITATIONS

The FLSA has statutes of limitations of two years or of three years. If you choose to join this action, you may be able to recover damages if you were denied proper compensation, including overtime pay, for all hours worked for two or for three years prior to the date your Consent Form is filed. If you choose not to join this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, Defendant is prohibited from discharging you or otherwise retaliating against you in any manner because you choose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join the case by filing a Consent Form, your interests will be represented by Plaintiffs' Counsel, Caffarelli & Associates Ltd.

Plaintiffs' Counsel has taken this case on a contingency basis. They may be entitled to receive attorneys' fees and costs from Defendant, should there be recovery or judgment in Plaintiffs' favor. If there is a recovery, Plaintiffs' Counsel will receive a part of any settlement obtained or money judgment entered in favor of all members of the class and may receive fees ordered by the Judge. Any payment of fees will require approval of the court. If there is no recovery or judgment in Plaintiffs' favor, Plaintiffs' Counsel will not seek any attorney's fees or costs from any of the Plaintiffs.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, JUDGE ELAINE BUCKLO. THE COURT TAKES NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR DEFENDANT'S DEFENSES.**

**Do Not Contact the Clerk of the Court
Regarding This Notice.**

**PLAINTIFF CONSENT FORM**

   By my signature below, I represent to the Court that I have performed work as a bus driver for STA between May 6, 2013 and the present, and that I was not paid at my overtime rate for all hours that I actually worked for the Defendant.

   I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I hereby designate Caffarelli & Associates Ltd. to represent me for all purposes in this action.

My name is: _____ (print your name)

My address is: _____ (street address)

      _____ (city, state, zip code)

My telephone number is: _____ (area code and telephone number)

I was employed by Defendant _____ (name employer(s)) between approximately _____ and _____.

My signature: _____

Date on which I signed this Notice: _____
               (today's date)

Mail, Fax, or Email to:  Caffarelli & Associates Ltd.
            224 S. Michigan Ave., Ste. 300
            Chicago, IL  60604
            Tel. (312) 763-6880
            Fax (312) 577-0720
            Email  acaffarelli@caffarelli.com