## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Charmaine Reed, et al.
                    Plaintiff,

v.                                              Case No.: 1:16–cv–03377
                                                Honorable Sidney I. Schenkier

Positive Connections, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 8, 2017:

    MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. For the reasons stated on the record, the parties' joint motion for settlement approval (doc. #[67]) is granted. The Court gives approval to the FLSA settlement. Enter Order Approving Settlement. The status hearing set for 5/24/17 is stricken. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.