IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARMAINE REED, SOPHIA BAILEY, OSCAR DAVIS, CA SHAE HAYES, GLORIA JACKSON, ERICA MCGRIFF, RHONDA O'CONNOR, PATRICIA PRICE, RONALD SWEATT, on behalf of themselves and all other similarly situated persons, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> POSITIVE CONNECTIONS, INC. a/k/a STUDENT TRANSPORTATION OF AMERICA a/k/a STA, <br><br> Defendant. | Case No. 1:16-cv-03377 <br><br> Magistrate Judge Sidney I. Schenkier |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be a fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law, hereby approves this settlement and dismisses this matter and related claims of Plaintiffs and Opt-In Plaintiffs with prejudice, all parties to bear their own costs and fees except as may be otherwise provided in the parties' settlement agreement.

ENTERED:

_____
United States Magistrate Judge
05-08-17

29706150.1